# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

COLLINS SHIVERE,

:

    Plaintiff,                             Case No. 3:05-cv-096

:          District Judge Thomas M. Rose
  -vs-                                  Chief Magistrate Judge Michael R. Merz

AUTO BUYING NETWORK
 and KURTIS HASKINS,

:

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on March 3, 2006, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that default judgment as to liability be entered in favor of the Plaintiff and against the Defendants.

March 9, 2006.                                        **s/Thomas M. Rose**

                                                         Thomas M. Rose
                                                 United States District Judge