# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

COLLINS SHIVERE,

       Plaintiff,

   -vs-

AUTO BUYING NETWORK
and KURTIS HASKINS,

       Defendants.

Case No. 3:05-cv-096

District Judge Thomas M. Rose
Chief Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON DAMAGES

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #25), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 29, 2006, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Clerk enter judgment in favor of the Plaintiff and against the Defendants, jointly and severally, in the amount of $23,500, together with interest thereon from the date of judgment until paid.

June 5, 2006.

                                      Thomas M. Rose
                                      United States District Judge